United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Allen  
       Debtor

Case No. 16-12954-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jun 29, 2017  
Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.  
db          +William Allen,    1619 Wynsam Street,    Philadelphia, PA 19138-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:  
     ANN E. SWARTZ    on behalf of Creditor    Live Well Financial, Inc. ecfmail@mwc-law.com, ecfmail@mwc-law.com  
     BRAD J. SADEK    on behalf of Debtor William  Allen brad@sadeklaw.com  
     JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
     JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
     JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
     MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon F/K/A The Bank of New York, as trust administrator, on behalf of the holders of the Mortgage-Backed Pass-Through Certificates, Series 2002-5 bkgroup@kmllawgroup.com  
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. pa.bkecf@fedphe.com  
     United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

William Allen                                                  : Case No. 16–12954–elf
      Debtor(s)

### *ORDER*
_____

   AND NOW, this day , June 29,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                          By The Court

                                          Eric L. Frank
                                          Chief Judge , United States Bankruptcy Court